1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11

12 | ROBERT FIDLER, an Individual,

13 Plaintiff,

14 vs.

15 HOMECOMINGS FINANCIAL LLC,

16 A California Limited Liability
Corporation; ETS SERVICES LLC;

17 AND DOES 1-100, Inclusive,

18 Defendants.

19

Case No.: EDCV11-01184TJH (OPx)
Hon.:      Terry J. Hatter, Jr.
Ctrm.:      17

**JUDGMENT**

Complaint Filed: March 10, 2011

20

21

22

23

24

25

26

27

28

19000/0977/2171809.1

JUDGMENT
Case No.:  EDCV11-01184TJH (OPx)

1   On March 15, 2012, the Court granted, without leave to amend, the motion to

2   dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), of defendants

3   Homecomings Financial, LLC and ETS Services, LLC's (collectively,

4   "Defendants") to the complaint of plaintiff Robert Fidler.

5   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment

6   of dismissal with prejudice is entered in favor of Defendants and against plaintiff

7   Robert Fidler.  Plaintiff is to recover nothing from Defendants.

8

9   IT IS SO ORDERED.

10

11   DATED:  April 9,  2012

12   _____
     The Honorable Terry J. Hatter, Jr.
13   United States District Judge

14   Respectfully submitted by,

15   SUZANNE M. HANKINS (State Bar No.157837)
     smh@severson.com
16   DAVID M. LIU (State Bar No. 216311)
     dml@severson.com
17   SEVERSON & WERSON
     A Professional Corporation
18   The Atrium
     19100 Von Karman Ave., Suite 700
19   Irvine, CA  92612
20   Telephone:  (949) 442-7110
     Facsimile:   (949) 442-7118
21   Attorneys for Defendants
     Homecomings Financial, LLC, and
22   ETS Services, LLC

23
24
25
26
27
28