# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FIDLER, an Individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HOMECOMINGS FINANCIAL LLC, A California Limited Liability Corporation; ETS SERVICES LLC; AND DOES 1-100, Inclusive,<br><br>　　　　　Defendants. | Case No.: EDCV11-01184TJH (OPx)<br>Hon.:　　Terry J. Hatter, Jr.<br>Ctrm.:　　17<br><br>**JUDGMENT**<br><br><br>Complaint Filed: March 10, 2011 |

On March 15, 2012, the Court granted, without leave to amend, the motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), of defendants Homecomings Financial, LLC and ETS Services, LLC's (collectively, "Defendants") to the complaint of plaintiff Robert Fidler.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment of dismissal with prejudice is entered in favor of Defendants and against plaintiff Robert Fidler.  Plaintiff is to recover nothing from Defendants.

IT IS SO ORDERED.

DATED:  April 9,  2012

*[signature: Terry J. Hatter, Jr.]*

The Honorable Terry J. Hatter, Jr.
United States District Judge

Respectfully submitted by,

SUZANNE M. HANKINS (State Bar No.157837)
smh@severson.com
DAVID M. LIU (State Bar No. 216311)
*dml@severson.com*
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA  92612
Telephone:  (949) 442-7110
Facsimile:   (949) 442-7118
Attorneys for Defendants
Homecomings Financial, LLC, and
ETS Services, LLC